

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-13-00420-CV

**TIME WARNER, INC.** and Time Warner Cable, LLC,
Appellants

v.

Dulio **GONZALEZ**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06770
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Appellee's motion for extension of time to file motion for rehearing is hereby GRANTED. Time is extended to July 25, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court